MAY 8, 1950.

*Miscellaneous Order.*

No. 498, Misc.  COLLINS ET AL. *v.* LETTS, U. S. DISTRICT JUDGE, ET AL.  Motion for leave to file petition for writs of prohibition and mandamus denied.

*Certiorari Granted.*

No. 685.  UNITED STATES *v.* GRIGGS, EXECUTRIX.  C. A. 10th Cir.  Certiorari granted.  *Solicitor General Perlman* for the United States.

No. 732.  NATIONAL LABOR RELATIONS BOARD *v.* PITTSBURGH STEAMSHIP Co.  C. A. 6th Cir.  Certiorari granted. *Solicitor General Perlman* and *Robert N. Denham* for petitioner.  *Nathan L. Miller, Lee C. Hinslea* and *Lucian Y. Ray* for respondent.

No. 294, Misc.  SNYDER *v.* BUCK, PAYMASTER GENERAL OF THE NAVY.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari granted. *John Geyer Tausig* and *Gibbs L. Baker* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *Morton Hollander* for respondent.

*Certiorari Denied.*

No. 581.  AMERICAN PRESIDENT LINES, LTD. *v.* AGNEW ET AL.;

No. 582.  AMERICAN PRESIDENT LINES, LTD. *v.* GRIFFIN ET AL.; and

No. 583.  AMERICAN PRESIDENT LINES, LTD. *v.* FEDERER ET AL.  C. A. 9th Cir.  Certiorari denied.  *Ira S. Lillick* for petitioner.  *Albert Michelson* for respondents